IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| STEPHEN C. CORNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### I.  PARTIES AND JURISDICTION

1. The Plaintiff, Stephen C. Cornett, is an employee of the Defendant, CSX Transportation, Inc., and is an individual resident citizen of Linefork, Letcher County, Kentucky.

2. The Defendant, CSX Transportation, Inc., is a Virginia corporation whose principle place of business is in Jacksonville, Florida.

3. The incident which is the subject of this suit occurred in Loyall, Harlan County, Kentucky, within the London Division of this Court.

4. The Plaintiff, Stephen C. Cornett, at all times referred to herein, was an employee of the Defendant and was acting within the line and scope of his employment for the Defendant.  The Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

5. This action is brought pursuant to the provisions of the Federal Employers Liability Act, 45 U.S.C., §51, et seq.  This Court has jurisdiction pursuant to 28 U.S.C. §1331, in that this is an action arising under the laws of the United States.

## II. FACTS

6. On or about September 2, 2007, the Plaintiff, Stephen C. Cornett, was employed as a conductor/trainman on a mine run train operating out of Loyall, Kentucky. As part of his duty on that job, Mr. Cornett and his crew were operating their locomotive engines in the railroad's Loyall Yard in the process of picking up cars for their train. As Mr. Cornett and his crew were operating their engines into Track 15 in the yard, they encountered rail cars in Track 14 that had been carelessly left fouling the track. Mr. Cornett and his crew were not able to stop their engines prior to colliding with the cars in Track 14. The force of the impact threw Mr. Cornett off the platform of the engine, where he was riding, onto the tracks below. As a result of the collision, Mr. Cornett suffered severe and disabling injuries to his lumbar and cervical spine. Mr. Cornett also suffered a severe and permanent aggravation of pre-existing conditions in his spine.

## III. FIRST CAUSE OF ACTION

7. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for the Defendant.

## IV. SECOND CAUSE OF ACTION

8. The plaintiff avers that all of his above mentioned injuries and damages were proximately caused, in whole or in part, by the negligence of the Defendant, CSX Transportation, Inc., its agents, servants, or employees while acting within the line and scope of their employment for said defendant or by reason of a defect or insufficiency due

to the negligence of its yardmasters, operating practices, and safety practices at the time and place where the Plaintiff suffered his above mentioned injuries and damages.

## V.  DAMAGES

9. The Plaintiff avers that as a direct result of the negligence of the Defendant, he has been caused to suffer the following injuries and damages:

    (a) Past lost wages;

    (b) Future lost wages and fringe benefits;

    (c) Impairment of earning capacity;

    (d) Past and future physical pain and mental anguish;

    (e) Past and future medical expenses;

    (f) Inability to carry out the usual and normal activities of life; and

    (g) He was otherwise injured.

10. As damages, the Plaintiff claims of the Defendant the sum of Two Million Dollars ($2,000,000.00).

## VI.  JURY DEMAND

11. The Plaintiff demands a trial by a jury.

WHEREFORE, the Plaintiff prays for a trial by jury, that summons issue, that judgment be entered in favor of him and against the Defendant and that the following relief be granted:

    (a) That the Plaintiff be awarded damages in an amount to fully and fairly compensate him for his injuries;

    (b) That the cost of this action be assessed against the Defendant.

(c) That this Court grant such other and further relief as it deems just and proper.

*s/ James H. Wettermark*
James H. Wettermark
Wettermark Holland & Keith, LLC
2101 Highland Avenue S., Suite 700
Birmingham, AL 35205
205-933-9500
205-212-9500 (facsimile)
james@whklaw.com

**Defendant's Address:**

CSX Transportation, Inc.
c/o CSC-Lawyers Incorporating Service Company
421 West Main Street
Frankfort, KY 40601